OSCN Found Document:IN RE AMENDMENT OF RULE SEVEN (B) OF RULES GOVERNING ADMISSION TO PRACTICE OF LAW

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE AMENDMENT OF RULE SEVEN (B) OF RULES GOVERNING ADMISSION TO PRACTICE OF LAW
2016 OK 2
Case Number: SCBD-6350
Decided: 01/11/2016
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 2, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

In re: Amendment of Rule Seven (b) of the Rules Governing Admission to the Practice of Law, 5 O.S.2011, ch. 1, app. 5.
ORDER
¶1 Rule Seven (b) of the Rules Governing Admission to the Practice of Law in the State of Oklahoma is hereby amended as shown on the attached document, effective immediately. The Rule as amended is also attached. 
¶2 The amended rule shall be codified as Rule Seven of the Rules Governing Admission to the Practice of Law in the State of Oklahoma, 5 O.S. Supp. 2015, Ch. 1, App. 5. 
DONE BY ORDER OF THE SUPREME COURT this 11th day of January, 2016.
/S/CHIEF JUSTICE
¶3 ALL JUSTICES CONCUR.

RULE SEVEN
Fees
The following non-refundable fees shall be paid to the Board of Bar Examiners at the time of filing of the application:
(a) Registration:
Regular . . . . . . . . . . . . $125
Nunc Pro Tunc . . . . . . . $500
(b) By each applicant for admission upon motion: the sum of $1,500 $2,000.
(c) By each applicant for admission by examination under Rule Four, §1: 
FEBRUARY BAR EXAM
Application filed on or before: 
1 September . . . . .$1,000
1 October . . . . . . .$1,050
1 November . . . . .$1,150
JULY BAR EXAM
Application filed on or before:
1 February . . . . . .$1,000
1 March . . . . . . . .$1,050
1 April . . . . . . . . .$1,150
(d) By each applicant for a Special Temporary Permit under Rule Two, §5: the sum of $750.
(e) By each applicant for admission by a Special Temporary Permit under Rule Two, §6: 
the sum of $100. 
(f) For each applicant for a Special Temporary Permit under Rule Two, §7, there will not
be any fee charged to the applicant.
(g) By each applicant for a Temporary Permit under Rule Nine: $150.
(h) By each applicant for admission by examination other than those under subparagraph (c) hereof:
FEBRUARY BAR EXAM
Application filed on or before:
1 September . . . . . $300 
1 October . . . . . . $350 
1 November . . . . . $450 
JULY BAR EXAM
Application filed on or before:
1 February . . . . . . $300 
1 March . . . . . . . $350 
1 April . . . . . . . . $450 

RULE SEVEN
Fees
The following non-refundable fees shall be paid to the Board of Bar Examiners at the time of filing of the application:
(a) Registration:
Regular . . . . . . . . . . . . $125
Nunc Pro Tunc . . . . . . . $500
(b) By each applicant for admission upon motion: the sum of $2,000.
(c) By each applicant for admission by examination under Rule Four, §1: 
FEBRUARY BAR EXAM
Application filed on or before: 
1 September . . . . .$1,000
1 October . . . . . . .$1,050
1 November . . . . .$1,150
JULY BAR EXAM
Application filed on or before:
1 February . . . . . .$1,000
1 March . . . . . . . .$1,050
1 April . . . . . . . . .$1,150
(d) By each applicant for a Special Temporary Permit under Rule Two, §5: the sum of $750.
(e) By each applicant for admission by a Special Temporary Permit under Rule Two, §6: 
the sum of $100. 
(f) For each applicant for a Special Temporary Permit under Rule Two, §7, there will not
be any fee charged to the applicant.
(g) By each applicant for a Temporary Permit under Rule Nine: $150.
(h) By each applicant for admission by examination other than those under subparagraph (c) hereof:
FEBRUARY BAR EXAM
Application filed on or before:
1 September . . . . . $300 
1 October . . . . . . $350 
1 November . . . . . $450 
JULY BAR EXAM
Application filed on or before:
1 February . . . . . . $300 
1 March . . . . . . . $350 
1 April . . . . . . . . $450 





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.